## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ABERRANT LAWYER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-09-391-D |
| | ) | |
| **WISCONSIN LAW REVIEW, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### REPORT AND RECOMMENDATION

Wayne M. Fournerat, appearing *pro se*, has filed a motion for leave to proceed *in forma pauperis* and supporting affidavit along with a complaint in the above-styled case. United States District Judge Timothy DeGiusti has referred the *in forma pauperis* application to the undersigned magistrate judge.  The undersigned finds that the application should be denied as the purported Plaintiff is "Aberrant Lawyer" and the application to proceed *in forma pauperis* is from Mr. Fournerat.

The Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by May 1, 2009, in accordance with 28 U.S.C. § 636 and Local Civil Rule 72.1. The Plaintiff is further advised that failure to make timely objection to this Report and Recommendation waives his right to appellate review of both factual and legal questions contained herein. Moore v. United States, 950 F.2d 656 (10th Cir. 1991).  This Report and Recommendation disposes of the issues referred to the undersigned Magistrate Judge in the captioned matter.

ENTERED this 17th day of April, 2009.

_____
DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE